IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN PASCARELLO, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | NO. 18-3406 |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 28th day of May, 2019, upon consideration of Plaintiff's Request for Review (Doc. No. 12), the Defendant's Response thereto (Doc. No. 16), and Plaintiff's Reply (Doc. No. 17), IT IS HEREBY ORDERED that:

1. Plaintiff's Request for Review is DENIED;

2. JUDGMENT IS ENTERED in favor of Defendant; and

3. The Clerk of the Court shall mark this case CLOSED.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE